■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO LEVY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford, 71 AD2d 38).* (Appeal from judgment of Monroe County Court, Marks, J.—criminal possession of weapon, third degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BURDIC, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford, 71 AD2d 38).* (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—burglary, third degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ODE, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford, 71 AD2d 38).* (Appeal from judgment of Supreme Court, Erie County, Francis, J.—criminal possession of controlled substance, third degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ODE, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford, 71 AD2d 38).* (Appeal from judgment of Supreme Court, Erie County, Francis, J.—criminal possession of controlled substance, fifth degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED GRIMES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford, 71 AD2d 38).* (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—grand larceny, third degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.